**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 99-50558

Summary Calendar

EMMA REYES,

Plaintiff--Appellant,

VERSUS

LOCKHEED MARTIN IMS CORPORATION,

Defendant--Appellee.

Appeal from the United States District Court
for the Western District of Texas
(98-CV-435)

October 25, 1999

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM:*

Emma Reyes appeals from the district court's grant of summary judgment for her former employer, Lockheed Martin, on claims brought under Title VII based on both hostile environment and quid pro quo sexual harassment by Reyes's supervisor. Having carefully and fully considered the record and the briefs of counsel, we find no reversible error and AFFIRM for essentially the reasons set forth in the district court's memorandum opinion.

---

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.